UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re Anadarko Petroleum Corp. Class Action Litigation | § § § Civ. Action No. 4:12-cv-00900 |
| JERRY D. GOODWIN, Individually and On behalf of All Others Similarly Situated, Plaintiffs, v. ANADARKO PETROLEUM CORP., et al., Defendants. | § § § § § § § § § § § |
| SHIRLEY HARRIS, Individually and On behalf of All Others Similarly Situated, Plaintiffs, v. ANADARKO PETROLEUM CORP., et al., Defendants. | § § § § § § § § § § § § |

## **DEFENDANTS' DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and the Court's March 27, 2012 Order for Conference and Disclosure of Interested Parties, Defendants Anadarko Petroleum Corporation ("Anadarko"), James T. Hackett, Robert G. Gwin, and Robert P. Daniels provide the following information:

1. Anadarko has no parent entity and no publicly held corporation owns 10% or more of Anadarko's stock.

2. The following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

    a.    <u>Anadarko</u>;

    b.    James T. Hackett;

    c.    Robert G. Gwin;

    d.    Robert P. Daniels;

    e.    Plaintiffs and members of the putative class of holders of Anadarko common stock whom Plaintiffs seek to represent in this litigation; and

    f.    Plaintiffs' counsel

Dated: March 30, 2012.                    Respectfully submitted,

                                          */s/ Charles W. Schwartz*
                                          Charles W. Schwartz
                                          Fed. Bar No. 603
                                          Texas Bar No. 17861300
                                          Email: Charles.Schwartz@skadden.com
                                          Skadden, Arps, Slate,
                                             Meagher & Flom LLP
                                          1000 Louisiana, Suite 6800
                                          Houston, Texas 77002
                                          (713) 655-5160 – Telephone
                                          (713) 483-9160 – Facsimile

                                          *Attorney-in-charge for Defendants*
                                          *Anadarko Petroleum Corporation, James T.*
                                          *Hackett, Robert G. Gwin, and Robert P. Daniels*

*Of Counsel*

Jay B. Kasner
*(Admitted Pro Hac Vice)*
Email: Jay.Kasner@skadden.com
Susan Saltzstein
*(Pro Hac Vice Application Pending)*
Email: Susan.Saltzstein@skadden.com
Skadden, Arps, Slate,
   Meagher & Flom LLP
4 Times Square
New York, New York 10036-6518
(212) 735-2628 – Telephone
(917) 777-2628 – Facsimile

Daniel E. Bolia
Fed. Bar No. 1047602
Texas Bar No. 24064919
Email: Daniel.Bolia@skadden.com
Skadden, Arps, Slate,
   Meagher & Flom LLP
1000 Louisiana, Suite 6800
Houston, Texas 77002
(713) 655-5113 – Telephone
(713) 483-9113 – Facsimile

## CERTIFICATE OF SERVICE

   I hereby certify that on March 30, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel who have registered with this Court.  All others were served a copy via U.S. mail postage prepaid.

                    */s/ Charles W. Schwartz*
                    Charles W. Schwartz