UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00900 |
|---|---|---|---|
| | Jerry D. Goodwin, et al. | | |
| | *versus* | | |
| | Anadarko Petroleum Corporation, et al. | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Susan L. Saltzstein<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square, 42nd Floor<br>New York, NY 10036<br>212.735.3000<br>New York: 2504736<br>SDNY & EDNY Adm's: 8/17/93 & 10/20/06 |
|---|---|
| Seeks to appear for this party: | Anadarko Petro. Corp., J. Hackett, R. Gwin, & R. Daniels |
| Dated: | Signed: *Susan Saltzstein* |

| The state bar reports that the applicant's status is: | . |
|---|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____         _____
                                   United States District Judge