| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States Courts
Southern District of Texas
FILED
APR 04 2012
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00900 |
|---|---|---|---|
| Jerry D. Goodwin, et al. ||||
| *versus* ||||
| Anadarko Petroleum Corporation, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Brett Van Benthysen<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas, 38th Fl.<br>New York, N.Y. 10019<br>212.554.1400<br>NJ State Bar - 12542009<br>DNJ: BV6925 - Admitted 12/31/2009 |
|---|---|
| Seeks to appear for this party: | The Pension Trust Fund for Operating Engineers, Employee + |
| Dated:     3/30/2012 | Signed: *[signature]* |

| The state bar reports that the applicant's status is: active | |
|---|---|
| Dated:   APR 0 5 2012 | Clerk's signature: *[signature]* |

| Order |

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge