UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | Lead Case No. 4:12-CV-00900 (VDG) |

## NOTICE OF APPEARANCE OF COUNSEL

Pension Trust Fund for Operating Engineers and the Employees' Retirement System of the Government of the Virgin Islands (collectively "Lead Plaintiffs"), file this Notice of Appearance of Counsel and would show the Court as follows:

Thomas R. Ajamie, Dona Szak, and John W. Clay of the law firm Ajamie LLP enter their appearance as co-counsel for Lead Plaintiffs in this proceeding with John C. Browne, Jeremy P. Robinson, and Brett Van Benthysen of Bernstein Litowitz Berger & Grossmann LLP.

Respectfully submitted,

**AJAMIE LLP**

/s/  Thomas R. Ajamie
Thomas R. Ajamie
Texas Bar No. 00952400
Dona Szak
Texas Bar No. 19597500
John W. Clay
Texas Bar No. 00796366
Pennzoil Place – South Tower
711 Louisiana, Suite 2150
Houston, Texas 77002
Tel: (713) 860-1600
Fax: (713) 860-1699
tajamie@ajamie.com
dszak@ajamie.com
jclay@ajamie.com

        John C. Browne
        Jeremy P. Robinson
        Brett Van Benthysen
        Bernstein Litowitz Berger & Grossmann LLP
        1285 Avenue of the Americas
        New York, New York 10019
        Telephone: (212) 554-1400
        Facsimile:  (212) 554-1444

        COUNSEL FOR LEAD PLAINTIFFS
        PENSION TRUST FUND FOR OPERATING
        ENGINEERS and EMPLOYEES' RETIREMENT
        SYSTEM OF THE GOVERNMENT OF THE
        VIRGIN ISLANDS

## CERTIFICATE OF SERVICE

I, Thomas R. Ajamie, hereby certify that on April 5, 2012, I caused a true and correct copy of the foregoing Notice of Appearance to be served on the parties in the above-captioned action through the Court's ECF system.

        /s/ Thomas R. Ajamie
        Thomas R. Ajamie