UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | Lead Case No. 4:12-CV-00900 (VDG) |

**LEAD PLAINTIFFS' CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES**

Lead Plaintiffs, the Pension Trust Fund for Operating Engineers ("Operating Engineers") and the Employees' Retirement System of the Government of the Virgin Islands ("Virgin Islands, and collectively "Lead Plaintiffs") respectfully submit the following Certificate of Disclosure of Interested Parties pursuant to the Court's Order entered on March 27, 2012. Lead Plaintiffs have identified the following parties that are financially interested in the outcome of this litigation.

1. Pension Trust Fund for Operating Engineers

2. Employees' Retirement System of the Government of the Virgin Islands

3. Purchasers or acquirers of Anadarko Petroleum Corporation's publicly-traded securities.

4. Anadarko Petroleum Corporation

5. Anadarko E&P Company, LP

6. James T. Hackett

7. Robert G. Gwin

8. Robert P. Daniels

| | |
|---|---|
| Dated: April 5, 2012 | Respectfully Submitted, |
| **AJAMIE LLP** | **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP** |
| /s/ Thomas R. Ajamie | /s/ John C. Browne |
| Thomas R. Ajamie | John C. Browne |
| Texas Bar No. 00952400 | Jeremy P. Robinson |
| Dona Szak | Brett Van Benthysen |
| Texas Bar No. 19597500 | 1285 Avenue of the Americas |
| John W. Clay | New York, NY 10019 |
| Texas Bar No. 00796366 | Telephone: (212) 554-1400 |
| Pennzoil Place – South Tower | Facsimile:  (212) 554-1444 |
| 711 Louisiana, Suite 2150 | johnb@blbglaw.com |
| Houston, Texas 77002 | jeremy@blbglaw.com |
| Tel: (713) 860-1600 | brett@blbglaw.com |
| Fax: (713) 860-1699 | |
| tajamie@ajamie.com | *Counsel for Lead Plaintiffs* |
| dszak@ajamie.com | |
| jclay@ajamie.com | |

## CERTIFICATE OF SERVICE

I, Thomas R. Ajamie, hereby certify that on April 5, 2012, I caused a true and correct copy of the foregoing to be served on the parties in the above-captioned action through the ECF system.

    /s/ Thomas R. Ajamie
    Thomas R. Ajamie