UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
RECEIVED

APR 03 2012

Motion and Order for Admission *Pro Hac Vice*

David J. Bradley, Clerk of Court

| Division | Houston | Case Number | 4:12-cv-00900 |
|---|---|---|---|
| Jerry D. Goodwin, et al. ||||
| *versus* ||||
| Anadarko Petroleum Corporation, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | John C. Browne<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas, 38th Fl.<br>New York, N.Y. 10019<br>212.554.1400<br>NY 3922747 (NYS App. Div. 1st Dep't)<br>SDNY: JB-0391 - Admitted 11/27/2001 |
|---|---|
| Seeks to appear for this party: | The Pension Trust Fund for Operating Engineers, Employee |
| Dated:   3/30/2012 | Signed: |

| The state bar reports that the applicant's status is: active ||
|---|---|
| Dated: APR 0 4 2012 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated: 4-05-12 | United States District Judge |

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# JOHN CHRISTOPHER BROWNE

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 11, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**March 30, 2012**

*[signature]*

Clerk of the Court

485