UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
RECEIVED
APR 03 2012
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:12-cv-00900 |
|---|---|---|---|
| Jerry D. Goodwin, et al. ||||
| *versus* ||||
| Anadarko Petroleum Corporation, et al. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Jeremy P. Robinson<br>Bernstein Litowitz Berger & Grossmann LLP<br>1285 Avenue of the Americas, 38th Fl.<br>New York, N.Y. 10019<br>212.554.1400<br>NY 4496956 (NY App. Div. 2d Dep't)<br>SDNY: JR- 8358 - Admitted: 10/17/2007 |
|---|---|
| Seeks to appear for this party: | The Pension Trust Fund for Operating Engineers, Employee |
| Dated:   3/30/2012 | Signed: |

| The state bar reports that the applicant's status is: active ||
|---|---|
| Dated:   APR 0 4 2012 | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|
| Dated:   4-6-12 | _____<br>United States District Judge |



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeremy Patrick Robinson** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 17th day of **October 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 30, 2012.



Clerk of the Court