UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | Lead Case No. 4:12-CV-00900<br><br>Honorable Keith P. Ellison |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT AND SET BRIEFING SCHEDULE FOR RENEWED MOTION TO DISMISS

Lead Plaintiffs' unopposed motion for leave to file a first amended consolidated class action complaint and set briefing schedule for a renewed motion to dismiss is granted. Lead Plaintiffs shall file an amended complaint no later than July 20, 2012. Any renewed motion to dismiss filed by Defendants shall proceed pursuant to the deadlines set forth below:

| EVENT | DEADLINE |
|---|---|
| Deadline For Defendants To File A Renewed Motion To Dismiss | September 21, 2012 |
| Deadline For Lead Plaintiffs To Oppose Any Renewed Motion To Dismiss | November 9, 2012 |
| Deadline For Defendants To File Any Reply Papers | December 10, 2012 |

Signed this 2 day of July, 2012.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE