UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | § § § § § § § § | Civ. Action No. 4:12-cv-00900<br><br>ECF CASE<br><br>Electronically Filed |

## ORDER

On this day the Court considered the Defendants' Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint (the "Motion"). After considering the Motion, Plaintiffs' response, and all documents on file with the Court, the Court has concluded that the Motion should be, and is, GRANTED.

It is therefore ORDERED that Plaintiff's First Amended Consolidated Class Action Complaint is hereby DISMISSED, with prejudice. The Court will issue a Final Judgment in a separate order.

Dated: _____, 2012.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE