# EXHIBIT F

## (1 of 2)

# SUBCHAPTER B—OFFSHORE

## PART 250—OIL AND GAS AND SULPHUR OPERATIONS IN THE OUTER CONTINENTAL SHELF

### Subpart A—General

AUTHORITY AND DEFINITION OF TERMS

Sec.
250.101  Authority and applicability.
250.102  What does this part do?
250.103  Where can I find more information about the requirements in this part?
250.104  How may I appeal a decision made under MMS regulations?
250.105  Definitions.

PERFORMANCE STANDARDS

250.106  What standards will the Director use to regulate lease operations?
250.107  What must I do to protect health, safety, property, and the environment?
250.108  What requirements must I follow for cranes and other material-handling equipment?
250.109  What documents must I prepare and maintain related to welding?
250.110  What must I include in my welding plan?
250.111  Who oversees operations under my welding plan?
250.112  What standards must my welding equipment meet?
250.113  What procedures must I follow when welding?
250.114  How must I install and operate electrical equipment?
250.115  How do I determine well producibility?
250.116  How do I determine producibility if my well is in the Gulf of Mexico?
250.117  How does a determination of well producibility affect royalty status?
250.118  Will MMS approve gas injection?
250.119  Will MMS approve subsurface gas storage?
250.120  How does injecting, storing, or treating gas affect my royalty payments?
250.121  What happens when the reservoir contains both original gas in place and injected gas?
250.122  What effect does subsurface storage have on the lease term?
250.123  Will MMS allow gas storage on unleased lands?
250.124  Will MMS approve gas injection into the cap rock containing a sulphur deposit?

FEES

250.125  Service fees.
250.126  General payment instructions.

INSPECTION OF OPERATIONS

250.130  Why does MMS conduct inspections?
250.131  Will MMS notify me before conducting an inspection?
250.132  What must I do when MMS conducts an inspection?
250.133  Will MMS reimburse me for my expenses related to inspections?

DISQUALIFICATION

250.135  What will MMS do if my operating performance is unacceptable?
250.136  How will MMS determine if my operating performance is unacceptable?

SPECIAL TYPES OF APPROVALS

250.140  When will I receive an oral approval?
250.141  May I ever use alternate procedures or equipment?
250.142  How do I receive approval for departures?
250.143  How do I designate an operator?
250.144  How do I designate a new operator when a designation of operator terminates?
250.145  How do I designate an agent or a local agent?
250.146  Who is responsible for fulfilling leasehold obligations?

NAMING AND IDENTIFYING FACILITIES AND WELLS (DOES NOT INCLUDE MODUs)

250.150  How do I name facilities and wells in the Gulf of Mexico Region?
250.151  How do I name facilities in the Pacific Region?
250.152  How do I name facilities in the Alaska Region?
250.153  Do I have to rename an existing facility or well?
250.154  What identification signs must I display?

RIGHT-OF-USE AND EASEMENT

250.160  When will MMS grant me a right-of-use and easement, and what requirements must I meet?
250.161  What else must I submit with my application?
250.162  May I continue my right-of-use and easement after the termination of any lease on which it is situated?
250.163  If I have a State lease, will MMS grant me a right-of-use and easement?
250.164  If I have a State lease, what conditions apply for a right-of-use and easement?
250.165  If I have a State lease, what fees do I have to pay for a right-of-use and easement?

250.166  If I have a State lease, what surety bond must I have for a right-of-use and easement?

SUSPENSIONS

250.168  May operations or production be suspended?
250.169  What effect does suspension have on my lease?
250.170  How long does a suspension last?
250.171  How do I request a suspension?
250.172  When may the Regional Supervisor grant or direct an SOO or SOP?
250.173  When may the Regional Supervisor direct an SOO or SOP?
250.174  When may the Regional Supervisor grant or direct an SOP?
250.175  When may the Regional Supervisor grant an SOO?
250.176  Does a suspension affect my royalty payment?
250.177  What additional requirements may the Regional Supervisor order for a suspension?

PRIMARY LEASE REQUIREMENTS, LEASE TERM EXTENSIONS, AND LEASE CANCELLATIONS

250.180  What am I required to do to keep my lease term in effect?
250.181  When may the Secretary cancel my lease and when am I compensated for cancellation?
250.182  When may the Secretary cancel a lease at the exploration stage?
250.183  When may MMS or the Secretary extend or cancel a lease at the development and production stage?
250.184  What is the amount of compensation for lease cancellation?
250.185  When is there no compensation for a lease cancellation?

INFORMATION AND REPORTING REQUIREMENTS

250.186  What reporting information and report forms must I submit?
250.187  What are MMS' incident reporting requirements?
250.188  What incidents must I report to MMS and when must I report them?
250.189  Reporting requirements for incidents requiring immediate notification.
250.190  Reporting requirements for incidents requiring written notification.
250.191  How does MMS conduct incident investigations?
250.192  What evacuation statistics must I submit?
250.193  Reports and investigations of apparent violations.
250.194  How must I protect archaeological resources?
250.195  What notification does MMS require on the production status of wells?
250.196  Reimbursements for reproduction and processing costs.

250.197  Data and information to be made available to the public or for limited inspection.

REFERENCES

250.198  Documents incorporated by reference.
250.199  Paperwork Reduction Act statements—information collection.

**Subpart B—Plans and Information**

GENERAL INFORMATION

250.200  Definitions.
250.201  What plans and information must I submit before I conduct any activities on my lease or unit?
250.202  What criteria must the Exploration Plan (EP), Development and Production Plan (DPP), or Development Operations Coordination Document (DOCD) meet?
250.203  Where can wells be located under an EP, DPP, or DOCD?
250.204  How must I protect the rights of the Federal government?
250.205  Are there special requirements if my well affects an adjacent property?
250.206  How do I submit the EP, DPP, or DOCD?

ANCILLARY ACTIVITIES

250.207  What ancillary activities may I conduct?
250.208  If I conduct ancillary activities, what notices must I provide?
250.209  What is the MMS review process for the notice?
250.210  If I conduct ancillary activities, what reporting and data/information retention requirements must I satisfy?

CONTENTS OF EXPLORATION PLANS (EP)

250.211  What must the EP include?
250.212  What information must accompany the EP?
250.213  What general information must accompany the EP?
250.214  What geological and geophysical (G&G) information must accompany the EP?
250.215  What hydrogen sulfide ($H_2S$) information must accompany the EP?
250.216  What biological, physical, and socioeconomic information must accompany the EP?
250.217  What solid and liquid wastes and discharges information and cooling water intake information must accompany the EP?
250.218  What air emissions information must accompany the EP?
250.219  What oil and hazardous substance spills information must accompany the EP?

250.220  If I propose activities in the Alaska
OCS Region, what planning information
must accompany the EP?
250.221  What environmental monitoring in-
formation must accompany the EP?
250.222  What lease stipulations information
must accompany the EP?
250.223  What mitigation measures informa-
tion must accompany the EP?
250.224  What information on support ves-
sels, offshore vehicles, and aircraft you
will use must accompany the EP?
250.225  What information on the onshore
support facilities you will use must ac-
company the EP?
250.226  What Coastal Zone Management Act
(CZMA) information must accompany
the EP?
250.227  What environmental impact analysis
(EIA) information must accompany the
EP?
250.228  What administrative information
must accompany the EP?

REVIEW AND DECISION PROCESS FOR THE EP

250.231  After receiving the EP, what will
MMS do?
250.232  What actions will MMS take after
the EP is deemed submitted?
250.233  What decisions will MMS make on
the EP and within what timeframe?
250.234  How do I submit a modified EP or re-
submit a disapproved EP, and when will
MMS make a decision?
250.235  If a State objects to the EP's coastal
zone consistency certification, what can
I do?

CONTENTS OF DEVELOPMENT AND PRODUCTION
PLANS (DPP) AND DEVELOPMENT OPER-
ATIONS COORDINATION DOCUMENTS (DOCD)

250.241  What must the DPP or DOCD in-
clude?
250.242  What information must accompany
the DPP or DOCD?
250.243  What general information must ac-
company the DPP or DOCD?
250.244  What geological and geophysical
(G&G) information must accompany the
DPP or DOCD?
250.245  What hydrogen sulfide (H₂S) infor-
mation must accompany the DPP or
DOCD?
250.246  What mineral resource conservation
information must accompany the DPP or
DOCD?
250.247  What biological, physical, and socio-
economic information must accompany
the DPP or DOCD?
250.248  What solid and liquid wastes and dis-
charges information and cooling water
intake information must accompany the
DPP or DOCD?
250.249  What air emissions information
must accompany the DPP or DOCD?

250.250  What oil and hazardous substance
spills information must accompany the
DPP or DOCD?
250.251  If I propose activities in the Alaska
OCS Region, what planning information
must accompany the DPP?
250.252  What environmental monitoring in-
formation must accompany the DPP or
DOCD?
250.253  What lease stipulations information
must accompany the DPP or DOCD?
250.254  What mitigation measures informa-
tion must accompany the DPP or DOCD?
250.255  What decommissioning information
must accompany the DPP or DOCD?
250.256  What related facilities and oper-
ations information must accompany the
DPP or DOCD?
250.257  What information on the support
vessels, offshore vehicles, and aircraft
you will use must accompany the DPP or
DOCD?
250.258  What information on the onshore
support facilities you will use must ac-
company the DPP or DOCD?
250.259  What sulphur operations informa-
tion must accompany the DPP or DOCD?
250.260  What Coastal Zone Management Act
(CZMA) information must accompany
the DPP or DOCD?
250.261  What environmental impact analysis
(EIA) information must accompany the
DPP or DOCD?
250.262  What administrative information
must accompany the DPP or DOCD?

REVIEW AND DECISION PROCESS FOR THE DPP
OR DOCD

250.266  After receiving the DPP or DOCD,
what will MMS do?
250.267  What actions will MMS take after
the DPP or DOCD is deemed submitted?
250.268  How does MMS respond to rec-
ommendations?
250.269  How will MMS evaluate the environ-
mental impacts of the DPP or DOCD?
250.270  What decisions will MMS make on
the DPP or DOCD and within what time-
frame?
250.271  For what reasons will MMS dis-
approve the DPP or DOCD?
250.272  If a State objects to the DPP's or
DOCD's coastal zone consistency certifi-
cation, what can I do?
250.273  How do I submit a modified DPP or
DOCD or resubmit a disapproved DPP or
DOCD?

POST-APPROVAL REQUIREMENTS FOR THE EP,
DPP, AND DOCD

250.280  How must I conduct activities under
the approved EP, DPP, or DOCD?
250.281  What must I do to conduct activities
under the approved EP, DPP, or DOCD?
250.282  Do I have to conduct post-approval
monitoring?

**Minerals Management Service, Interior**  **Pt. 250**

250.283  When must I revise or supplement the approved EP, DPP, or DOCD?
250.284  How will MMS require revisions to the approved EP, DPP, or DOCD?
250.285  How do I submit revised and supplemental EPs, DPPs, or DOCDs?

DEEPWATER OPERATIONS PLANS (DWOP)

250.286  What is a DWOP?
250.287  For what development projects must I submit a DWOP?
250.288  When and how must I submit the Conceptual Plan?
250.289  What must the Conceptual Plan contain?
250.290  What operations require approval of the Conceptual Plan?
250.291  When and how must I submit the DWOP?
250.292  What must the DWOP contain?
250.293  What operations require approval of the DWOP?
250.294  May I combine the Conceptual Plan and the DWOP?
250.295  When must I revise my DWOP?

CONSERVATION INFORMATION DOCUMENTS (CID)

250.296  When and how must I submit a CID or a revision to a CID?
250.297  What information must a CID contain?
250.298  How long will MMS take to evaluate and make a decision on the CID?
250.299  What operations require approval of the CID?

**Subpart C—Pollution Prevention and Control**

250.300  Pollution prevention.
250.301  Inspection of facilities.
250.302  Definitions concerning air quality.
250.303  Facilities described in a new or revised Exploration Plan or Development and Production Plan.
250.304  Existing facilities.

**Subpart D—Oil and Gas Drilling Operations**

GENERAL REQUIREMENTS

250.400  Who is subject to the requirements of this subpart?
250.401  What must I do to keep wells under control?
250.402  When and how must I secure a well?
250.403  What drilling unit movements must I report?
250.404  What are the requirements for the crown block?
250.405  What are the safety requirements for diesel engines used on a drilling rig?
250.406  What additional safety measures must I take when I conduct drilling operations on a platform that has producing wells or has other hydrocarbon flow?

250.407  What tests must I conduct to determine reservoir characteristics?
250.408  May I use alternative procedures or equipment during drilling operations?
250.409  May I obtain departures from these drilling requirements?

APPLYING FOR A PERMIT TO DRILL

250.410  How do I obtain approval to drill a well?
250.411  What information must I submit with my application?
250.412  What requirements must the location plat meet?
250.413  What must my description of well drilling design criteria address?
250.414  What must my drilling prognosis include?
250.415  What must my casing and cementing programs include?
250.416  What must I include in the diverter and BOP descriptions?
250.417  What must I provide if I plan to use a mobile offshore drilling unit (MODU)?
250.418  What additional information must I submit with my APD?

CASING AND CEMENTING REQUIREMENTS

250.420  What well casing and cementing requirements must I meet?
250.421  What are the casing and cementing requirements by type of casing string?
250.422  When may I resume drilling after cementing?
250.423  What are the requirements for pressure testing casing?
250.424  What are the requirements for prolonged drilling operations?
250.425  What are the requirements for pressure testing liners?
250.426  What are the recordkeeping requirements for casing and liner pressure tests?
250.427  What are the requirements for pressure integrity tests?
250.428  What must I do in certain cementing and casing situations?

DIVERTER SYSTEM REQUIREMENTS

250.430  When must I install a diverter system?
250.431  What are the diverter design and installation requirements?
250.432  How do I obtain a departure to diverter design and installation requirements?
250.433  What are the diverter actuation and testing requirements?
250.434  What are the recordkeeping requirements for diverter actuations and tests?

BLOWOUT PREVENTER (BOP) SYSTEM REQUIREMENTS

250.440  What are the general requirements for BOP systems and system components?

263

250.441  What are the requirements for a surface BOP stack?
250.442  What are the requirements for a subsea BOP stack?
250.443  What associated systems and related equipment must all BOP systems include?
250.444  What are the choke manifold requirements?
250.445  What are the requirements for kelly valves, inside BOPs, and drill-string safety valves?
250.446  What are the BOP maintenance and inspection requirements?
250.447  When must I pressure test the BOP system?
250.448  What are the BOP pressure tests requirements?
250.449  What additional BOP testing requirements must I meet?
250.450  What are the recordkeeping requirements for BOP tests?
250.451  What must I do in certain situations involving BOP equipment or systems?

DRILLING FLUID REQUIREMENTS

250.455  What are the general requirements for a drilling fluid program?
250.456  What safe practices must the drilling fluid program follow?
250.457  What equipment is required to monitor drilling fluids?
250.458  What quantities of drilling fluids are required?
250.459  What are the safety requirements for drilling fluid-handling areas?

OTHER DRILLING REQUIREMENTS

250.460  What are the requirements for conducting a well test?
250.461  What are the requirements for directional and inclination surveys?
250.462  What are the requirements for well-control drills?
250.463  Who establishes field drilling rules?

APPLYING FOR A PERMIT TO MODIFY AND
WELL RECORDS

250.465  When must I submit an Application for Permit to Modify (AMP) or an End of Operations Report to MMS?
250.466  What records must I keep?
250.467  How long must I keep records?
250.468  What well records am I required to submit?
250.469  What other well records could I be required to submit?

HYDROGEN SULFIDE

250.490  Hydrogen sulfide.

Subpart E—Oil and Gas Well-Completion
Operations

250.500  General requirements.
250.501  Definition.

250.502  Equipment movement.
250.503  Emergency shutdown system.
250.504  Hydrogen sulfide.
250.505  Subsea completions.
250.506  Crew instructions.
250.507–250.508  [Reserved]
250.509  Well-completion structures on fixed platforms.
250.510  Diesel engine air intakes.
250.511  Traveling-block safety device.
250.512  Field well-completion rules.
250.513  Approval and reporting of well-completion operations.
250.514  Well-control fluids, equipment, and operations.
250.515  Blowout prevention equipment.
250.516  Blowout preventer system tests, inspections, and maintenance.
250.517  Tubing and wellhead equipment.

Subpart F—Oil and Gas Well-Workover
Operations

250.600  General requirements.
250.601  Definitions.
250.602  Equipment movement.
250.603  Emergency shutdown system.
250.604  Hydrogen sulfide.
250.605  Subsea workovers.
250.606  Crew instructions.
250.607–250.608  [Reserved]
250.609  Well-workover structures on fixed platforms.
250.610  Diesel engine air intakes.
250.611  Traveling-block safety device.
250.612  Field well-workover rules.
250.613  Approval and reporting for well-workover operations.
250.614  Well-control fluids, equipment, and operations.
250.615  Blowout prevention equipment.
250.616  Blowout preventer system testing, records, and drills.
250.617  Tubing and wellhead equipment.
250.618  Wireline operations.

Subpart G [Reserved]

Subpart H—Oil and Gas Production Safety
Systems

250.800  General requirements.
250.801  Subsurface safety devices.
250.802  Design, installation, and operation of surface production-safety systems.
250.803  Additional production system requirements.
250.804  Production safety-system testing and records.
250.805  Safety device training.
250.806  Safety and pollution prevention equipment quality assurance requirements.
250.807  Hydrogen sulfide.

**Minerals Management Service, Interior**  **Pt. 250**

### Subpart I—Platforms and Structures

GENERAL REQUIREMENTS FOR PLATFORMS

250.900  What general requirements apply to all platforms?
250.901  What industry standards must your platform meet?
250.902  What are the requirements for platform removal and location clearance?
250.903  What records must I keep?

PLATFORM APPROVAL PROGRAM

250.904  What is the Platform Approval Program?
250.905  How do I get approval for the installation, modification, or repair of my platform?
250.906  What must I do to obtain approval for the proposed site of my platform?
250.907  Where must I locate foundation boreholes?
250.908  What are the minimum structural fatigue design requirements?

PLATFORM VERIFICATION PROGRAM

250.909  What is the Platform Verification Program?
250.910  Which of my facilities are subject to the Platform Verification Program?
250.911  If my platform is subject to the Platform Verification Program, what must I do?
250.912  What plans must I submit under the Platform Verification Program?
250.913  When must I resubmit Platform Verification Program plans?
250.914  How do I nominate a CVA?
250.915  What are the CVA's primary responsibilities?
250.916  What are the CVA's primary duties during the design phase?
250.917  What are the CVA's primary duties during the fabrication phase?
250.918  What are the CVA's primary duties during the installation phase?

INSPECTION, MAINTENANCE, AND ASSESSMENT OF PLATFORMS

250.919  What in-service inspection requirements must I meet?
250.920  What are the MMS requirements for assessment of platforms?
250.921  How do I analyze my platform for cumulative fatigue?

### Subpart J—Pipelines and Pipeline Rights-of-Way

250.1000  General requirements.
250.1001  Definitions.
250.1002  Design requirements for DOI pipelines.
250.1003  Installation, testing and repair requirements for DOI pipelines.
250.1004  Safety equipment requirements for DOI pipelines.
250.1005  Inspection requirements for DOI pipelines.
250.1006  Abandonment and out-of-service requirements for DOI pipelines.
250.1007  What to include in applications.
250.1008  Reports.
250.1009  Requirements to obtain pipeline right-of-way grants.
250.1010  General requirements for pipeline right-of-way holders.
250.1011  Bond requirements for pipeline right-of-way holders.
250.1012  Required payments for pipeline right-of-way holders.
250.1013  Grounds for forfeiture of pipeline right-of-way grants.
250.1014  When pipeline right-of-way grants expire.
250.1015  Applications for pipeline right-of-way grants.
250.1016  Granting pipeline rights-of-way.
250.1017  Requirements for construction under pipeline right-of-way grants.
250.1018  Assignment of pipeline right-of-way grants.
250.1019  Relinquishment of pipeline right-of-way grants.

### Subpart K—Oil and Gas Production Rates

250.1100  Definitions for production rates.
250.1101  General requirements and classification of reservoirs.
250.1102  Oil and gas production rates.
250.1103  Well production testing.
250.1104  Bottomhole pressure survey.
250.1105  Flaring or venting gas and burning liquid hydrocarbons.
250.1106  Downhole commingling.
250.1107  Enhanced oil and gas recovery operations.

### Subpart L—Oil and Gas Production Measurement, Surface Commingling, and Security

250.1200  Question index table.
250.1201  Definitions.
250.1202  Liquid hydrocarbon measurement.
250.1203  Gas measurement.
250.1204  Surface commingling.
250.1205  Site security.

### Subpart M—Unitization

250.1300  What is the purpose of this subpart?
250.1301  What are the requirements for unitization?
250.1302  What if I have a competitive reservoir on a lease?
250.1303  How do I apply for voluntary unitization?
250.1304  How will MMS require unitization?

**Subpart N—Outer Continental Shelf (OCS) Civil Penalties**

250.1400   How does MMS begin the civil penalty process?
250.1401   Index table.
250.1402   Definitions.
250.1403   What is the maximum civil penalty?
250.1404   Which violations will MMS review for potential civil penalties?
250.1405   When is a case file developed?
250.1406   When will MMS notify me and provide penalty information?
250.1407   How do I respond to the letter of notification?
250.1408   When will I be notified of the Reviewing Officer's decision?
250.1409   What are my appeal rights?

**Subpart O—Well Control and Production Safety Training**

250.1500   Definitions.
250.1501   What is the goal of my training program?
250.1502   Is there a transition period for complying with the regulations in this subpart?
250.1503   What are my general responsibilities for training?
250.1504   May I use alternative training methods?
250.1505   Where may I get training for my employees?
250.1506   How often must I train my employees?
250.1507   How will MMS measure training results?
250.1508   What must I do when MMS administers written or oral tests?
250.1509   What must I do when MMS administers or requires hands-on, simulator, or other types of testing?
250.1510   What will MMS do if my training program does not comply with this subpart?

**Subpart P—Sulphur Operations**

250.1600   Performance standard.
250.1601   Definitions.
250.1602   Applicability.
250.1603   Determination of sulphur deposit.
250.1604   General requirements.
250.1605   Drilling requirements.
250.1606   Control of wells.
250.1607   Field rules.
250.1608   Well casing and cementing.
250.1609   Pressure testing of casing.
250.1610   Blowout preventer systems and system components.
250.1611   Blowout preventer systems tests, actuations, inspections, and maintenance.
250.1612   Well-control drills.
250.1613   Diverter systems.

250.1614   Mud program.
250.1615   Securing of wells.
250.1616   Supervision, surveillance, and training.
250.1617   Application for permit to drill.
250.1618   Application for permit to modify.
250.1619   Well records.
250.1620   Well-completion and well-workover requirements.
250.1621   Crew instructions.
250.1622   Approvals and reporting of well-completion and well-workover operations.
250.1623   Well-control fluids, equipment, and operations.
250.1624   Blowout prevention equipment.
250.1625   Blowout preventer system testing, records, and drills.
250.1626   Tubing and wellhead equipment.
250.1627   Production requirements.
250.1628   Design, installation, and operation of production systems.
250.1629   Additional production and fuel gas system requirements.
250.1630   Safety-system testing and records.
250.1631   Safety device training.
250.1632   Production rates.
250.1633   Production measurement.
250.1634   Site security.

**Subpart Q—Decommissioning Activities**

GENERAL

250.1700   What do the terms "decommissioning", "obstructions", and "facility" mean?
250.1701   Who must meet the decommissioning obligations in this subpart?
250.1702   When do I accrue decommissioning obligations?
250.1703   What are the general requirements for decommissioning?
250.1704   When must I submit decommissioning applications and reports?

PERMANENTLY PLUGGING WELLS

250.1710   When must I permanently plug all wells on a lease?
250.1711   When will MMS order me to permanently plug a well?
250.1712   What information must I submit before I permanently plug a well or zone?
250.1713   Must I notify MMS before I begin well plugging operations?
250.1714   What must I accomplish with well plugs?
250.1715   How must I permanently plug a well?
250.1716   To what depth must I remove wellheads and casings?
250.1717   After I permanently plug a well, what information must I submit?

TEMPORARY ABANDONED WELLS

250.1721   If I temporarily abandon a well that I plan to re-enter, what must I do?

250.1722  If I install a subsea protective device, what requirements must I meet?

250.1723  What must I do when it is no longer necessary to maintain a well in temporary abandoned status?

REMOVING PLATFORMS AND OTHER FACILITIES

250.1725  How do I have to remove platforms and other facilities?

250.1726  When must I submit an initial platform removal application and what must it include?

250.1727  What information must I include in my final application to remove a platform or other facility?

250.1728  To what depth must I remove a platform or other facility?

250.1729  After I remove a platform or other facility, what information must I submit?

250.1730  When might MMS approve partial structure removal or toppling in place?

SITE CLEARANCE FOR WELLS, PLATFORMS, AND OTHER FACILITIES

250.1740  How must I verify that the site of a permanently plugged well, removed platform, or other removed facility is clear of obstructions?

250.1741  If I drag a trawl across a site, what requirements must I meet?

250.1742  What other methods can I use to verify that a site is clear?

250.1743  How do I certify that a site is clear of obstructions?

PIPELINE DECOMMISSIONING

250.1750  When may I decommission a pipeline in place?

250.1751  How do I decommission a pipeline in place?

250.1752  How do I remove a pipeline?

250.1753  After I decommission a pipeline, what information must I submit?

250.1754  When must I remove a pipeline decommissioned in place?

AUTHORITY: 43 U.S.C. 1331 *et seq.*, 31 U.S.C. 9701.

SOURCE: 53 FR 10690, Apr. 1, 1988, unless otherwise noted. Redesignated at 63 FR 29479, May 29, 1998.

EDITORIAL NOTE: Nomenclature changes to part 250 appear at 71 FR 46399, 46400, Aug. 14, 2006.

## Subpart A—General

SOURCE: 64 FR 72775, Dec. 28, 1999, unless otherwise noted.

AUTHORITY AND DEFINITION OF TERMS

### § 250.101  Authority and applicability.

The Secretary of the Interior (Secretary) authorized the Minerals Management Service (MMS) to regulate oil, gas, and sulphur exploration, development, and production operations on the outer Continental Shelf (OCS). Under the Secretary's authority, the Director requires that all operations:

(a) Be conducted according to the OCS Lands Act (OCSLA), the regulations in this part, MMS orders, the lease or right-of-way, and other applicable laws, regulations, and amendments; and

(b) Conform to sound conservation practice to preserve, protect, and develop mineral resources of the OCS to:

(1) Make resources available to meet the Nation's energy needs;

(2) Balance orderly energy resource development with protection of the human, marine, and coastal environments;

(3) Ensure the public receives a fair and equitable return on the resources of the OCS;

(4) Preserve and maintain free enterprise competition; and

(5) Minimize or eliminate conflicts between the exploration, development, and production of oil and natural gas and the recovery of other resources.

### § 250.102  What does this part do?

(a) 30 CFR part 250 contains the regulations of the MMS Offshore program that govern oil, gas, and sulphur exploration, development, and production operations on the OCS. When you conduct operations on the OCS, you must submit requests, applications, and notices, or provide supplemental information for MMS approval.

(b) The following table of general references shows where to look for information about these processes.

TABLE—WHERE TO FIND INFORMATION FOR CONDUCTING OPERATIONS

| For information about | Refer to 30 CFR 250 subpart or |
|---|---|
| (1) Applications for permit to drill ...... | D. |
| (2) Development and Production Plans (DPP). | B. |
| (3) Downhole commingling ................ | K. |
| (4) Exploration Plans (EP) ................ | B. |

(b) This designation is authority for the designated operator to act on your behalf and to fulfill your obligations under the Act, the lease, and the regulations in this part.

(c) You, or your designated operator, must immediately provide the Regional Supervisor a written notification of any change of address.

(d) If you change the designated operator on your lease, you must pay the service fee listed in § 250.125 of this subpart with your request for a change in designation of operator. Should there be multiple lessees, all designation of operator forms must be collected by one lessee and submitted to MMS in a single submittal, which is subject to only one filing fee.

[64 FR 72775, Dec. 28, 1999, as amended at 70 FR 49876, Aug. 25, 2005; 72 FR 25200, May 4, 2007]

### § 250.144  How do I designate a new operator when a designation of operator terminates?

(a) When a Designation of Operator terminates, the Regional Supervisor must approve a new designated operator before you may continue operations. Each lessee must submit a new executed Designation of Operator form.

(b) If your Designation of Operator is terminated, or a controversy develops between you and your designated operator, you and your designated operator must protect the lessor's interests.

### § 250.145  How do I designate an agent or a local agent?

(a) You or your designated operator may designate for the Regional Supervisor's approval, or the Regional Director may require you to designate an agent empowered to fulfill your obligations under the Act, the lease, or the regulations in this part.

(b) You or your designated operator may designate for the Regional Supervisor's approval a local agent empowered to receive notices and submit requests, applications, notices, or supplemental information.

### § 250.146  Who is responsible for fulfilling leasehold obligations?

(a) When you are not the sole lessee, you and your co-lessee(s) are jointly and severally responsible for fulfilling

your obligations under the provisions of 30 CFR parts 250 through 282, unless otherwise provided in these regulations.

(b) If your designated operator fails to fulfill any of your obligations under 30 CFR parts 250 through 282, the Regional Supervisor may require you or any or all of your co-lessees to fulfill those obligations or other operational obligations under the Act, the lease, or the regulations.

(c) Whenever the regulations in 30 CFR parts 250 through 282 require the lessee to meet a requirement or perform an action, the lessee, operator (if one has been designated), and the person actually performing the activity to which the requirement applies are jointly and severally responsible for complying with the regulation.

NAMING AND IDENTIFYING FACILITIES AND WELLS (DOES NOT INCLUDE MODUS)

### § 250.150  How do I name facilities and wells in the Gulf of Mexico Region?

(a) Assign each facility a letter designation except for those types of facilities identified in paragraph (c)(1) of this section. For example, A, B, CA, or CB.

(1) After a facility is installed, rename each predrilled well that was assigned only a number and was suspended temporarily at the mudline or at the surface. Use a letter and number designation. The letter used must be the same as that of the production facility, and the number used must correspond to the order in which the well was completed, not necessarily the number assigned when it was drilled. For example, the first well completed for production on Facility A would be renamed Well A–1, the second would be Well A–2, and so on; and

(2) When you have more than one facility on a block, each facility installed, and not bridge-connected to another facility, must be named using a different letter in sequential order. For example, EC 222A, EC 222B, EC 222C.

(3) When you have more than one facility on multiple blocks in a local area being co-developed, each facility installed and not connected with a walkway to another facility should be

(2) Have not been used previously under the anticipated operating conditions; or

(3) Have operating characteristics that are outside the performance parameters established by this part.

*Non-conventional production or completion technology* includes, but is not limited to, floating production systems, tension leg platforms, spars, floating production, storage, and offloading systems, guyed towers, compliant towers, subsea manifolds, and other subsea production components that rely on a remote site or host facility for utility and well control services.

*Offshore vehicle* means a vehicle that is capable of being driven on ice.

*Resubmitted OCS plan* means an EP, DPP, or DOCD that contains changes you make to an OCS plan that MMS has disapproved (see §§250.234(b), 250.272(a), and 250.273(b)).

*Revised OCS plan* means an EP, DPP, or DOCD that proposes changes to an approved OCS plan, such as those in the location of a well or platform, type of drilling unit, or location of the onshore support base (see §250.283(a)).

*Supplemental OCS plan* means an EP, DPP, or DOCD that proposes the addition to an approved OCS plan of an activity that requires approval of an application or permit (see §250.283(b)).

**§250.201  What plans and information must I submit before I conduct any activities on my lease or unit?**

(a) *Plans and documents.* Before you conduct the activities on your lease or unit listed in the following table, you must submit, and MMS must approve, the listed plans and documents. Your plans and documents may cover one or more leases or units.

| You must submit a(n) . . . | Before you . . . |
|---|---|
| (1) Exploration Plan (EP) .......................... | Conduct any exploration activities on a lease or unit. |
| (2) Development and Production Plan (DPP). | Conduct any development and production activities on a lease or unit in any OCS area other than the Western Gulf of Mexico. |
| (3) Development Operations Coordination Document (DOCD). | Conduct any development and production activities on a lease or unit in the Western GOM. |
| (4) Deepwater Operations Plan (DWOP) ... | Conduct post-drilling installation activities in any water depth associated with a development project that will involve the use of a non-conventional production or completion technology. |
| (5) Conservation Information Document (CID). | Commence production from development projects in water depths greater than 1,312 feet (400 meters). |
| (6) EP, DPP, or DOCD .............................. | Conduct geological or geophysical (G&G) exploration or a development G&G activity (see definitions under §250.105) on your lease or unit when: |
| | (i) It will result in a physical penetration of the seabed greater than 500 feet (152 meters); |
| | (ii) It will involve the use of explosives; |
| | (iii) The Regional Director determines that it might have a significant adverse effect on the human, marine, or coastal environment; or |
| | (iv) The Regional Supervisor, after reviewing a notice under §250.209, determines that an EP, DPP, or DOCD is necessary. |

(b) *Submitting additional information.* On a case-by-case basis, the Regional Supervisor may require you to submit additional information if the Regional Supervisor determines that it is necessary to evaluate your proposed plan or document.

(c) *Limiting information.* The Regional Director may limit the amount of information or analyses that you otherwise must provide in your proposed plan or document under this subpart when:

(1) Sufficient applicable information or analysis is readily available to MMS;

(2) Other coastal or marine resources are not present or affected;

(3) Other factors such as technological advances affect information needs; or

(4) Information is not necessary or required for a State to determine consistency with their CZMA Plan.

(d) *Referencing.* In preparing your proposed plan or document, you may reference information and data discussed in other plans or documents you previously submitted to or that are otherwise readily available to MMS.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 25200, May 4, 2007]

**§ 250.202　What criteria must the Exploration Plan (EP), Development and Production Plan (DPP), or Development Operations Coordination Document (DOCD) meet?**

Your EP, DPP, or DOCD must demonstrate that you have planned and are prepared to conduct the proposed activities in a manner that:

(a) Conforms to the Outer Continental Shelf Lands Act as amended (Act), applicable implementing regulations, lease provisions and stipulations, and other Federal laws;

(b) Is safe;

(c) Conforms to sound conservation practices and protects the rights of the lessor;

(d) Does not unreasonably interfere with other uses of the OCS, including those involved with national security or defense; and

(e) Does not cause undue or serious harm or damage to the human, marine, or coastal environment.

**§ 250.203　Where can wells be located under an EP, DPP, or DOCD?**

The Regional Supervisor reviews and approves proposed well location and spacing under an EP, DPP, or DOCD. In deciding whether to approve a proposed well location and spacing, the Regional Supervisor will consider factors including, but not limited to, the following:

(a) Protecting correlative rights;

(b) Protecting Federal royalty interests;

(c) Recovering optimum resources;

(d) Number of wells that can be economically drilled for proper reservoir management;

(e) Location of drilling units and platforms;

(f) Extent and thickness of the reservoir;

(g) Geologic and other reservoir characteristics;

(h) Minimizing environmental risk;

(i) Preventing unreasonable interference with other uses of the OCS; and

(j) Drilling of unnecessary wells.

**§ 250.204　How must I protect the rights of the Federal government?**

(a) To protect the rights of the Federal government, you must either:

(1) Drill and produce the wells that the Regional Supervisor determines are necessary to protect the Federal government from loss due to production on other leases or units or from adjacent lands under the jurisdiction of other entities (e.g., State and foreign governments); or

(2) Pay a sum that the Regional Supervisor determines as adequate to compensate the Federal government for your failure to drill and produce any well.

(b) Payment under paragraph (a)(2) of this section may constitute production in paying quantities for the purpose of extending the lease term.

(c) You must complete and produce any penetrated hydrocarbon-bearing zone that the Regional Supervisor determines is necessary to conform to sound conservation practices.

**§ 250.205　Are there special requirements if my well affects an adjacent property?**

For wells that could intersect or drain an adjacent property, the Regional Supervisor may require special measures to protect the rights of the Federal government and objecting lessees or operators of adjacent leases or units.

**§ 250.206　How do I submit the EP, DPP, or DOCD?**

(a) *Number of copies.* When you submit an EP, DPP, or DOCD to MMS, you must provide:

(1) Four copies that contain all required information (proprietary copies);

(2) Eight copies for public distribution (public information copies) that omit information that you assert is exempt from disclosure under the Freedom of Information Act (FOIA) (5 U.S.C. 552) and the implementing regulations (43 CFR part 2); and

(3) Any additional copies that may be necessary to facilitate review of the EP, DPP, or DOCD by certain affected States and other reviewing entities.

(b) *Electronic submission.* You may submit part or all of your EP, DPP, or DOCD and its accompanying information electronically. If you prefer to submit your EP, DPP, or DOCD electronically, ask the Regional Supervisor for further guidance.

**Minerals Management Service, Interior** §250.211

(c) *Withdrawal after submission*. You may withdraw your proposed EP, DPP, or DOCD at any time for any reason. Notify the appropriate MMS OCS Region if you do.

ANCILLARY ACTIVITIES

**§250.207  What ancillary activities may I conduct?**

Before or after you submit an EP, DPP, or DOCD to MMS, you may elect, the regulations in this part may require, or the Regional Supervisor may direct you to conduct ancillary activities. Ancillary activities include:

(a) Geological and geophysical (G&G) explorations and development G&G activities;

(b) Geological and high-resolution geophysical, geotechnical, archaeological, biological, physical oceanographic, meteorological, socioeconomic, or other surveys; or

(c) Studies that model potential oil and hazardous substance spills, drilling muds and cuttings discharges, projected air emissions, or potential hydrogen sulfide ($H_2S$) releases.

**§250.208  If I conduct ancillary activities, what notices must I provide?**

At least 30 calendar days before you conduct any G&G exploration or development G&G activity (see §250.207(a)), you must notify the Regional Supervisor in writing.

(a) When you prepare the notice, you must:

(1) Sign and date the notice;

(2) Provide the names of the vessel, its operator, and the person(s) in charge; the specific type(s) of operations you will conduct; and the instrumentation/techniques and vessel navigation system you will use;

(3) Provide expected start and completion dates and the location of the activity; and

(4) Describe the potential adverse environmental effects of the proposed activity and any mitigation to eliminate or minimize these effects on the marine, coastal, and human environment.

(b) The Regional Supervisor may require you to:

(1) Give written notice to MMS at least 15 calendar days before you conduct any other ancillary activity (see §250.207(b) and (c)) in addition to those listed in §250.207(a); and

(2) Notify other users of the OCS before you conduct any ancillary activity.

**§250.209  What is the MMS review process for the notice?**

The Regional Supervisor will review any notice required under §250.208(a) and (b)(1) to ensure that your ancillary activity complies with the performance standards listed in §250.202(a), (b), (d), and (e). The Regional Supervisor may notify you that your ancillary activity does not comply with those standards. In such a case, the Regional Supervisor will require you to submit an EP, DPP, or DOCD and you may not start your ancillary activity until the Regional Supervisor approves the EP, DPP, or DOCD.

**§250.210  If I conduct ancillary activities, what reporting and data/information retention requirements must I satisfy?**

(a) *Reporting*. The Regional Supervisor may require you to prepare and submit reports that summarize and analyze data or information obtained or derived from your ancillary activities. When applicable, MMS will protect and disclose the data and information in these reports in accordance with §250.197(b).

(b) *Data and information retention*. You must retain copies of all original data and information, including navigation data, obtained or derived from your G&G explorations and development G&G activities (see §250.207(a)), including any such data and information you obtained from previous leaseholders or unit operators. You must submit such data and information to MMS for inspection and possible retention upon request at any time before lease or unit termination. When applicable, MMS will protect and disclose such submitted data and information in accordance with §250.197(b).

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 25200, May 4, 2007]

CONTENTS OF EXPLORATION PLANS (EP)

**§250.211  What must the EP include?**

Your EP must include the following:

305

(a) *Description, objectives, and schedule.* A description, discussion of the objectives, and tentative schedule (from start to completion) of the exploration activities that you propose to undertake. Examples of exploration activities include exploration drilling, well test flaring, installing a well protection structure, and temporary well abandonment.

(b) *Location.* A map showing the surface location and water depth of each proposed well and the locations of all associated drilling unit anchors.

(c) *Drilling unit.* A description of the drilling unit and associated equipment you will use to conduct your proposed exploration activities, including a brief description of its important safety and pollution prevention features, and a table indicating the type and the estimated maximum quantity of fuels, oil, and lubricants that will be stored on the facility (see third definition of "facility" under § 250.105).

(d) *Service fee.* You must include payment of the service fee listed in § 250.125.

[70 FR 51501, Aug. 30, 2005, as amended at 71 FR 40911, July 19, 2006]

**§ 250.212 What information must accompany the EP?**

The following information must accompany your EP:

(a) General information required by § 250.213;

(b) Geological and geophysical (G&G) information required by § 250.214;

(c) Hydrogen sulfide information required by § 250.215;

(d) Biological, physical, and socioeconomic information required by § 250.216;

(e) Solid and liquid wastes and discharges information and cooling water intake information required by § 250.217;

(f) Air emissions information required by § 250.218;

(g) Oil and hazardous substance spills information required by § 250.219;

(h) Alaska planning information required by § 250.220;

(i) Environmental monitoring information required by § 250.221;

(j) Lease stipulations information required by § 250.222;

(k) Mitigation measures information required by § 250.223;

(l) Support vessels and aircraft information required by § 250.224;

(m) Onshore support facilities information required by § 250.225;

(n) Coastal zone management information required by § 250.226;

(o) Environmental impact analysis information required by § 250.227; and

(p) Administrative information required by § 250.228.

**§ 250.213 What general information must accompany the EP?**

The following general information must accompany your EP:

(a) *Applications and permits.* A listing, including filing or approval status, of the Federal, State, and local application approvals or permits you must obtain to conduct your proposed exploration activities.

(b) *Drilling fluids.* A table showing the projected amount, discharge rate, and chemical constituents for each type (*i.e.,* water-based, oil-based, synthetic-based) of drilling fluid you plan to use to drill your proposed exploration wells.

(c) *Chemical products.* A table showing the name and brief description, quantities to be stored, storage method, and rates of usage of the chemical products you will use to conduct your proposed exploration activities. List only those chemical products you will store or use in quantities greater than the amounts defined as Reportable Quantities in 40 CFR part 302, or amounts specified by the Regional Supervisor.

(d) *New or unusual technology.* A description and discussion of any new or unusual technology (see definition under § 250.200) you will use to carry out your proposed exploration activities. In the public information copies of your EP, you may exclude any proprietary information from this description. In that case, include a brief discussion of the general subject matter of the omitted information. If you will not use any new or unusual technology to carry out your proposed exploration activities, include a statement so indicating.

(e) *Bonds, oil spill financial responsibility, and well control statements.* Statements attesting that:

**Minerals Management Service, Interior** §250.215

(1) The activities and facilities proposed in your EP are or will be covered by an appropriate bond under 30 CFR part 256, subpart I;

(2) You have demonstrated or will demonstrate oil spill financial responsibility for facilities proposed in your EP according to 30 CFR part 253; and

(3) You have or will have the financial capability to drill a relief well and conduct other emergency well control operations.

(f) *Suspensions of operations.* A brief discussion of any suspensions of operations that you anticipate may be necessary in the course of conducting your activities under the EP.

(g) *Blowout scenario.* A scenario for the potential blowout of the proposed well in your EP that you expect will have the highest volume of liquid hydrocarbons. Include the estimated flow rate, total volume, and maximum duration of the potential blowout. Also, discuss the potential for the well to bridge over, the likelihood for surface intervention to stop the blowout, the availability of a rig to drill a relief well, and rig package constraints. Estimate the time it would take to drill a relief well.

(h) *Contact.* The name, address (e-mail address, if available), and telephone number of the person with whom the Regional Supervisor and any affected State(s) can communicate about your EP.

### §250.214 What geological and geophysical (G&G) information must accompany the EP?

The following G&G information must accompany your EP:

(a) *Geological description.* A geological description of the prospect(s).

(b) *Structure contour maps.* Current structure contour maps (depth-based, expressed in feet subsea) drawn on the top of each prospective hydrocarbon-bearing reservoir showing the locations of proposed wells.

(c) *Two-dimensional (2–D) or three-dimensional (3–D) seismic lines.* Copies of migrated and annotated 2–D or 3–D seismic lines (with depth scale) intersecting at or near your proposed well locations. You are not required to conduct both 2–D and 3–D seismic surveys if you choose to conduct only one type of survey. If you have conducted both types of surveys, the Regional Supervisor may instruct you to submit the results of both surveys. You must interpret and display this information. Because of its volume, provide this information as an enclosure to only one proprietary copy of your EP.

(d) *Geological cross-sections.* Interpreted geological cross-sections showing the location and depth of each proposed well.

(e) *Shallow hazards report.* A shallow hazards report based on information obtained from a high-resolution geophysical survey, or a reference to such report if you have already submitted it to the Regional Supervisor.

(f) *Shallow hazards assessment.* For each proposed well, an assessment of any seafloor and subsurface geological and manmade features and conditions that may adversely affect your proposed drilling operations.

(g) *High-resolution seismic lines.* A copy of the high-resolution survey line closest to each of your proposed well locations. Because of its volume, provide this information as an enclosure to only one proprietary copy of your EP. You are not required to provide this information if the surface location of your proposed well has been approved in a previously submitted EP, DPP, or DOCD.

(h) *Stratigraphic column.* A generalized biostratigraphic/lithostratigraphic column from the surface to the total depth of the prospect.

(i) *Time-versus-depth chart.* A seismic travel time-versus-depth chart based on the appropriate velocity analysis in the area of interpretation and specifying the geodetic datum.

(j) *Geochemical information.* A copy of any geochemical reports you used or generated.

(k) *Future G&G activities.* A brief description of the types of G&G explorations and development G&G activities you may conduct for lease or unit purposes after your EP is approved.

### §250.215 What hydrogen sulfide (H₂S) information must accompany the EP?

The following H₂S information, as applicable, must accompany your EP:

307

(a) *Concentration.* The estimated concentration of any $H_2S$ you might encounter while you conduct your proposed exploration activities.

(b) *Classification.* Under § 250.490(c), a request that the Regional Supervisor classify the area of your proposed exploration activities as either $H_2S$ absent, $H_2S$ present, or $H_2S$ unknown. Provide sufficient information to justify your request.

(c) *$H_2S$ Contingency Plan.* If you ask the Regional Supervisor to classify the area of your proposed exploration activities as either $H_2S$ present or $H_2S$ unknown, an $H_2S$ Contingency Plan prepared under § 250.490(f), or a reference to an approved or submitted $H_2S$ Contingency Plan that covers the proposed exploration activities.

(d) *Modeling report.* If you modeled a potential $H_2S$ release when developing your EP, modeling report or the modeling results, or a reference to such report or results if you have already submitted it to the Regional Supervisor.

(1) The analysis in the modeling report must be specific to the particular site of your proposed exploration activities, and must consider any nearby human-occupied OCS facilities, shipping lanes, fishery areas, and other points where humans may be subject to potential exposure from an $H_2S$ release from your proposed exploration activities.

(2) If any $H_2S$ emissions are projected to affect an onshore location in concentrations greater than 10 parts per million, the modeling analysis must be consistent with the Environmental Protection Agency's (EPA) risk management plan methodologies outlined in 40 CFR part 68.

## § 250.216 What biological, physical, and socioeconomic information must accompany the EP?

If you obtain the following information in developing your EP, or if the Regional Supervisor requires you to obtain it, you must include a report, or the information obtained, or a reference to such a report or information if you have already submitted it to the Regional Supervisor, as accompanying information:

(a) *Biological environment reports.* Site-specific information on chemosynthetic communities, federally listed threatened or endangered species, marine mammals protected under the Marine Mammal Protection Act (MMPA), sensitive underwater features, marine sanctuaries, critical habitat designated under the Endangered Species Act (ESA), or other areas of biological concern.

(b) *Physical environment reports.* Site-specific meteorological, physical oceanographic, geotechnical reports, or archaeological reports (if required under § 250.194).

(c) *Socioeconomic study reports.* Socioeconomic information regarding your proposed exploration activities.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 18584, Apr. 13, 2007]

## § 250.217 What solid and liquid wastes and discharges information and cooling water intake information must accompany the EP?

The following solid and liquid wastes and discharges information and cooling water intake information must accompany your EP:

(a) *Projected wastes.* A table providing the name, brief description, projected quantity, and composition of solid and liquid wastes (such as spent drilling fluids, drill cuttings, trash, sanitary and domestic wastes, and chemical product wastes) likely to be generated by your proposed exploration activities. Describe:

(1) The methods you used for determining this information; and

(2) Your plans for treating, storing, and downhole disposal of these wastes at your drilling location(s).

(b) *Projected ocean discharges.* If any of your solid and liquid wastes will be discharged overboard, or are planned discharges from manmade islands:

(1) A table showing the name, projected amount, and rate of discharge for each waste type; and

(2) A description of the discharge method (such as shunting through a downpipe, etc.) you will use.

(c) *National Pollutant Discharge Elimination System (NPDES) permit.* (1) A discussion of how you will comply with the provisions of the applicable general NPDES permit that covers your proposed exploration activities; or

**Minerals Management Service, Interior**                              **§ 250.219**

(2) A copy of your application for an individual NPDES permit. Briefly describe the major discharges and methods you will use for compliance.

(d) *Modeling report.* The modeling report or the modeling results (if you modeled the discharges of your projected solid or liquid wastes when developing your EP), or a reference to such report or results if you have already submitted it to the Regional Supervisor.

(e) *Projected cooling water intake.* A table for each cooling water intake structure likely to be used by your proposed exploration activities that includes a brief description of the cooling water intake structure, daily water intake rate, water intake through screen velocity, percentage of water intake used for cooling water, mitigation measures for reducing impingement and entrainment of aquatic organisms, and biofouling prevention measures.

**§ 250.218  What air emissions information must accompany the EP?**

The following air emissions information, as applicable, must accompany your EP:

(a) *Projected emissions.* Tables showing the projected emissions of sulphur dioxide ($SO_2$), particulate matter in the form of $PM_{10}$ and $PM_{2.5}$ when applicable, nitrogen oxides ($NO_X$), carbon monoxide (CO), and volatile organic compounds (VOC) that will be generated by your proposed exploration activities.

(1) For each source on or associated with the drilling unit (including well test flaring and well protection structure installation), you must list:

(i) The projected peak hourly emissions;

(ii) The total annual emissions in tons per year;

(iii) Emissions over the duration of the proposed exploration activities;

(iv) The frequency and duration of emissions; and

(v) The total of all emissions listed in paragraphs (a)(1)(i) through (iv) of this section.

(2) You must provide the basis for all calculations, including engine size and rating, and applicable operational information.

(3) You must base the projected emissions on the maximum rated capacity of the equipment on the proposed drilling unit under its physical and operational design.

(4) If the specific drilling unit has not yet been determined, you must use the maximum emission estimates for the type of drilling unit you will use.

(b) *Emission reduction measures.* A description of any proposed emission reduction measures, including the affected source(s), the emission reduction control technologies or procedures, the quantity of reductions to be achieved, and any monitoring system you propose to use to measure emissions.

(c) *Processes, equipment, fuels, and combustibles.* A description of processes, processing equipment, combustion equipment, fuels, and storage units. You must include the characteristics and the frequency, duration, and maximum burn rate of any well test fluids to be burned.

(d) *Distance to shore.* Identification of the distance of your drilling unit from the mean high water mark (mean higher high water mark on the Pacific coast) of the adjacent State.

(e) *Non-exempt drilling units.* A description of how you will comply with § 250.303 when the projected emissions of $SO_2$, PM, $NO_X$, CO, or VOC, that will be generated by your proposed exploration activities, are greater than the respective emission exemption amounts ''E'' calculated using the formulas in § 250.303(d). When MMS requires air quality modeling, you must use the guidelines in Appendix W of 40 CFR part 51 with a model approved by the Director. Submit the best available meteorological information and data consistent with the model(s) used.

(f) *Modeling report.* A modeling report or the modeling results (if § 250.303 requires you to use an approved air quality model to model projected air emissions in developing your EP), or a reference to such a report or results if you have already submitted it to the Regional Supervisor.

**§ 250.219  What oil and hazardous substance spills information must accompany the EP?**

The following information regarding potential spills of oil (see definition

309

under 30 CFR 254.6) and hazardous substances (see definition under 40 CFR part 116) as applicable, must accompany your EP:

(a) *Oil spill response planning.* The material required under paragraph (a)(1) or (a)(2) of this section:

(1) An Oil Spill Response Plan (OSRP) for the facilities you will use to conduct your exploration activities prepared according to the requirements of 30 CFR part 254, subpart B; or

(2) Reference to your approved regional OSRP (see 30 CFR 254.3) to include:

(i) A discussion of your regional OSRP;

(ii) The location of your primary oil spill equipment base and staging area;

(iii) The name(s) of your oil spill removal organization(s) for both equipment and personnel;

(iv) The calculated volume of your worst case discharge scenario (see 30 CFR 254.26(a)), and a comparison of the appropriate worst case discharge scenario in your approved regional OSRP with the worst case discharge scenario that could result from your proposed exploration activities; and

(v) A description of the worst case discharge scenario that could result from your proposed exploration activities (see 30 CFR 254.26(b), (c), (d), and (e)).

(b) *Modeling report.* If you model a potential oil or hazardous substance spill in developing your EP, a modeling report or the modeling results, or a reference to such report or results if you have already submitted it to the Regional Supervisor.

§ 250.220  **If I propose activities in the Alaska OCS Region, what planning information must accompany the EP?**

If you propose exploration activities in the Alaska OCS Region, the following planning information must accompany your EP:

(a) *Emergency plans.* A description of your emergency plans to respond to a blowout, loss or disablement of a drilling unit, and loss of or damage to support craft.

(b) *Critical operations and curtailment procedures.* Critical operations and curtailment procedures for your exploration activities. The procedures must

identify ice conditions, weather, and other constraints under which the exploration activities will either be curtailed or not proceed.

§ 250.221  **What environmental monitoring information must accompany the EP?**

The following environmental monitoring information, as applicable, must accompany your EP:

(a) *Monitoring systems.* A description of any existing and planned monitoring systems that are measuring, or will measure, environmental conditions or will provide project-specific data or information on the impacts of your exploration activities.

(b) *Incidental takes.* If there is reason to believe that protected species may be incidentally taken by planned exploration activities, you must describe how you will monitor for incidental take of:

(1) Threatened and endangered species listed under the ESA and

(2) Marine mammals, as appropriate, if you have not already received authorization for incidental take as may be necessary under the MMPA.

(c) *Flower Garden Banks National Marine Sanctuary (FGBNMS).* If you propose to conduct exploration activities within the protective zones of the FGBNMS, a description of your provisions for monitoring the impacts of an oil spill on the environmentally sensitive resources at the FGBNMS.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 18584, Apr. 13, 2007]

§ 250.222  **What lease stipulations information must accompany the EP?**

A description of the measures you took, or will take, to satisfy the conditions of lease stipulations related to your proposed exploration activities must accompany your EP.

§ 250.223  **What mitigation measures information must accompany the EP?**

(a) If you propose to use any measures beyond those required by the regulations in this part to minimize or mitigate environmental impacts from your proposed exploration activities, a description of the measures you will use must accompany your EP.

**Minerals Management Service, Interior**  §250.226

(b) If there is reason to believe that protected species may be incidentally taken by planned exploration activities, you must include mitigation measures designed to avoid or minimize the incidental take of:

(1) Threatened and endangered species listed under the ESA and

(2) Marine mammals, as appropriate, if you have not already received authorization for incidental take as may be necessary under the MMPA.

[72 FR 18585, Apr. 13, 2007]

**§250.224  What information on support vessels, offshore vehicles, and aircraft you will use must accompany the EP?**

The following information on the support vessels, offshore vehicles, and aircraft you will use must accompany your EP:

(a) *General.* A description of the crew boats, supply boats, anchor handling vessels, tug boats, barges, ice management vessels, other vessels, offshore vehicles, and aircraft you will use to support your exploration activities. The description of vessels and offshore vehicles must estimate the storage capacity of their fuel tanks and the frequency of their visits to your drilling unit.

(b) *Air emissions.* A table showing the source, composition, frequency, and duration of the air emissions likely to be generated by the support vessels, offshore vehicles, and aircraft you will use that will operate within 25 miles of your drilling unit.

(c) *Drilling fluids and chemical products transportation.* A description of the transportation method and quantities of drilling fluids and chemical products (see §250.213(b) and (c)) you will transport from the onshore support facilities you will use to your drilling unit.

(d) *Solid and liquid wastes transportation.* A description of the transportation method and a brief description of the composition, quantities, and destination(s) of solid and liquid wastes (see §250.217(a)) you will transport from your drilling unit.

(e) *Vicinity map.* A map showing the location of your proposed exploration activities relative to the shoreline. The map must depict the primary route(s) the support vessels and aircraft will

use when traveling between the onshore support facilities you will use and your drilling unit.

**§250.225  What information on the onshore support facilities you will use must accompany the EP?**

The following information on the onshore support facilities you will use must accompany your EP:

(a) *General.* A description of the onshore facilities you will use to provide supply and service support for your proposed exploration activities (e.g., service bases and mud company docks).

(1) Indicate whether the onshore support facilities are existing, to be constructed, or to be expanded.

(2) If the onshore support facilities are, or will be, located in areas not adjacent to the Western GOM, provide a timetable for acquiring lands (including rights-of-way and easements) and constructing or expanding the facilities. Describe any State or Federal permits or approvals (dredging, filling, etc.) that would be required for constructing or expanding them.

(b) *Air emissions.* A description of the source, composition, frequency, and duration of the air emissions (attributable to your proposed exploration activities) likely to be generated by the onshore support facilities you will use.

(c) *Unusual solid and liquid wastes.* A description of the quantity, composition, and method of disposal of any unusual solid and liquid wastes (attributable to your proposed exploration activities) likely to be generated by the onshore support facilities you will use. Unusual wastes are those wastes not specifically addressed in the relevant National Pollution Discharge Elimination System (NPDES) permit.

(d) *Waste disposal.* A description of the onshore facilities you will use to store and dispose of solid and liquid wastes generated by your proposed exploration activities (see §250.217) and the types and quantities of such wastes.

**§250.226  What Coastal Zone Management Act (CZMA) information must accompany the EP?**

The following CZMA information must accompany your EP:

311

(a) *Consistency certification.* A copy of your consistency certification under section 307(c)(3)(B) of the CZMA (16 U.S.C. 1456(c)(3)(B)) and 15 CFR 930.76(d) stating that the proposed exploration activities described in detail in this EP comply with (name of State(s)) approved coastal management program(s) and will be conducted in a manner that is consistent with such program(s); and

(b) *Other information.* "Information" as required by 15 CFR 930.76(a) and 15 CFR 930.58(a)(2)) and "Analysis" as required by 15 CFR 930.58(a)(3).

### § 250.227 What environmental impact analysis (EIA) information must accompany the EP?

The following EIA information must accompany your EP:

(a) *General requirements.* Your EIA must:

(1) Assess the potential environmental impacts of your proposed exploration activities;

(2) Be project specific; and

(3) Be as detailed as necessary to assist the Regional Supervisor in complying with the National Environmental Policy Act (NEPA) of 1969 (42 U.S.C. 4321 *et seq.*) and other relevant Federal laws such as the ESA and the MMPA.

(b) *Resources, conditions, and activities.* Your EIA must describe those resources, conditions, and activities listed below that could be affected by your proposed exploration activities, or that could affect the construction and operation of facilities or structures, or the activities proposed in your EP.

(1) Meteorology, oceanography, geology, and shallow geological or man-made hazards;

(2) Air and water quality;

(3) Benthic communities, marine mammals, sea turtles, coastal and marine birds, fish and shellfish, and plant life;

(4) Threatened or endangered species and their critical habitat as defined by the Endangered Species Act of 1973;

(5) Sensitive biological resources or habitats such as essential fish habitat, refuges, preserves, special management areas identified in coastal management programs, sanctuaries, rookeries, and calving grounds;

(6) Archaeological resources;

(7) Socioeconomic resources including employment, existing offshore and coastal infrastructure (including major sources of supplies, services, energy, and water), land use, subsistence resources and harvest practices, recreation, recreational and commercial fishing (including typical fishing seasons, location, and type), minority and lower income groups, and coastal zone management programs;

(8) Coastal and marine uses such as military activities, shipping, and mineral exploration or development; and

(9) Other resources, conditions, and activities identified by the Regional Supervisor.

(c) *Environmental impacts.* Your EIA must:

(1) Analyze the potential direct and indirect impacts (including those from accidents, cooling water intake structures, and those identified in relevant ESA biological opinions such as, but not limited to, those from noise, vessel collisions, and marine trash and debris) that your proposed exploration activities will have on the identified resources, conditions, and activities;

(2) Analyze any potential cumulative impacts from other activities to those identified resources, conditions, and activities potentially impacted by your proposed exploration activities;

(3) Describe the type, severity, and duration of these potential impacts and their biological, physical, and other consequences and implications;

(4) Describe potential measures to minimize or mitigate these potential impacts; and

(5) Summarize the information you incorporate by reference.

(d) *Consultation.* Your EIA must include a list of agencies and persons with whom you consulted, or with whom you will be consulting, regarding potential impacts associated with your proposed exploration activities.

(e) *References cited.* Your EIA must include a list of the references that you cite in the EIA.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 18585, Apr. 13, 2007]

**Minerals Management Service, Interior**

### § 250.228  What administrative information must accompany the EP?

The following administrative information must accompany your EP:

(a) *Exempted information description (public information copies only).* A description of the general subject matter of the proprietary information that is included in the proprietary copies of your EP or its accompanying information.

(b) *Bibliography.* (1) If you reference a previously submitted EP, DPP, DOCD, study report, survey report, or other material in your EP or its accompanying information, a list of the referenced material; and

(2) The location(s) where the Regional Supervisor can inspect the cited referenced material if you have not submitted it.

REVIEW AND DECISION PROCESS FOR THE EP

### § 250.231  After receiving the EP, what will MMS do?

(a) *Determine whether deemed submitted.* Within 15 working days after receiving your proposed EP and its accompanying information, the Regional Supervisor will review your submission and deem your EP submitted if:

(1) The submitted information, including the information that must accompany the EP (refer to the list in § 250.212), fulfills requirements and is sufficiently accurate;

(2) You have provided all needed additional information (see § 250.201(b)); and

(3) You have provided the required number of copies (see § 250.206(a)).

(b) *Identify problems and deficiencies.* If the Regional Supervisor determines that you have not met one or more of the conditions in paragraph (a) of this section, the Regional Supervisor will notify you of the problem or deficiency within 15 working days after the Regional Supervisor receives your EP and its accompanying information. The Regional Supervisor will not deem your EP submitted until you have corrected all problems or deficiencies identified in the notice.

(c) *Deemed submitted notification.* The Regional Supervisor will notify you when the EP is deemed submitted.

### § 250.232  What actions will MMS take after the EP is deemed submitted?

(a) *State and CZMA consistency reviews.* Within 2 working days after deeming your EP submitted under § 250.231, the Regional Supervisor will use receipted mail or alternative method to send a public information copy of the EP and its accompanying information to the following:

(1) *The Governor of each affected State.* The Governor has 21 calendar days after receiving your deemed-submitted EP to submit comments. The Regional Supervisor will not consider comments received after the deadline.

(2) *The CZMA agency of each affected State.* The CZMA consistency review period under section 307(c)(3)(B)(ii) of the CZMA (16 U.S.C. 1456(c)(3)(B)(ii)) and 15 CFR 930.78 begins when the State's CZMA agency receives a copy of your deemed-submitted EP, consistency certification, and required necessary data and information (see 15 CFR 930.77(a)(1)).

(b) *MMS compliance review.* The Regional Supervisor will review the exploration activities described in your proposed EP to ensure that they conform to the performance standards in § 250.202.

(c) *MMS environmental impact evaluation.* The Regional Supervisor will evaluate the environmental impacts of the activities described in your proposed EP and prepare environmental documentation under the National Environmental Policy Act (NEPA) (42 U.S.C. 4321 *et seq.*) and the implementing regulations (40 CFR parts 1500 through 1508).

(d) *Amendments.* During the review of your proposed EP, the Regional Supervisor may require you, or you may elect, to change your EP. If you elect to amend your EP, the Regional Supervisor may determine that your EP, as amended, is subject to the requirements of § 250.231.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 25200, May 4, 2007]

### § 250.233  What decisions will MMS make on the EP and within what timeframe?

(a) *Timeframe.* The Regional Supervisor will take one of the actions shown in the table in paragraph (b) of

313

(d) *Exceptional circumstances.* The Regional Supervisor determines because of exceptional geological conditions, exceptional resource values in the marine or coastal environment, or other exceptional circumstances that all of the following apply:

(1) Implementing your DPP or DOCD would cause serious harm or damage to life (including fish and other aquatic life), property, any mineral deposits (in areas leased or not leased), the national security or defense, or the marine, coastal, or human environment;

(2) The threat of harm or damage will not disappear or decrease to an acceptable extent within a reasonable period of time; and

(3) The advantages of disapproving your DPP or DOCD outweigh the advantages of development and production.

### § 250.272 If a State objects to the DPP's or DOCD's coastal zone consistency certification, what can I do?

If an affected State objects to the coastal zone consistency certification accompanying your proposed or disapproved DPP or DOCD, you may do one of the following:

(a) *Amend or resubmit your DPP or DOCD.* Amend or resubmit your DPP or DOCD to accommodate the State's objection and submit the amendment or resubmittal to the Regional Supervisor for approval. The amendment or resubmittal needs to only address information related to the State's objections.

(b) *Appeal.* Appeal the State's objection to the Secretary of Commerce using the procedures in 15 CFR part 930, subpart H. The Secretary of Commerce will either:

(1) Grant your appeal by finding under section 307(c)(3)(B)(iii) of the CZMA (16 U.S.C.1456(c)(3)(B)(iii)) that each activity described in detail in your DPP or DOCD is consistent with the objectives of the CZMA, or is otherwise necessary in the interest of national security; or

(2) Deny your appeal, in which case you may amend or resubmit your DPP or DOCD, as described in paragraph (a) of this section.

(c) *Withdraw your DPP or DOCD.* Withdraw your DPP or DOCD if you decide not to conduct your proposed development and production activities.

### § 250.273 How do I submit a modified DPP or DOCD or resubmit a disapproved DPP or DOCD?

(a) *Modified DPP or DOCD.* If the Regional Supervisor requires you to modify your proposed DPP or DOCD under § 250.270(b)(2), you must submit the modification(s) to the Regional Supervisor in the same manner as for a new DPP or DOCD. You need submit only information related to the proposed modification(s).

(b) *Resubmitted DPP or DOCD.* If the Regional Supervisor disapproves your DPP or DOCD under § 250.270(b)(3), and except as provided in § 250.271(b)(3), you may resubmit the disapproved DPP or DOCD if there is a change in the conditions that were the basis of its disapproval.

(c) *MMS review and timeframe.* The Regional Supervisor will use the performance standards in § 250.202 to either approve, require you to further modify, or disapprove your modified or resubmitted DPP or DOCD. The Regional Supervisor will make a decision within 60 calendar days after the Regional Supervisor deems your modified or resubmitted DPP or DOCD to be submitted, or receives the last amendment to your modified or resubmitted DPP or DOCD, whichever occurs later.

POST-APPROVAL REQUIREMENTS FOR THE EP, DPP, AND DOCD

### § 250.280 How must I conduct activities under the approved EP, DPP, or DOCD?

(a) *Compliance.* You must conduct all of your lease and unit activities according to your approved EP, DPP, or DOCD and any approval conditions. If you fail to comply with your approved EP, DPP, or DOCD:

(1) You may be subject to MMS enforcement action, including civil penalties; and

(2) The lease(s) involved in your EP, DPP, or DOCD may be forfeited or cancelled under 43 U.S.C. 1334(c) or (d). If this happens, you will not be entitled to compensation under § 250.185(b) and 30 CFR 256.77.

(b) *Emergencies.* Nothing in this subpart or in your approved EP, DPP, or

DOCD relieves you of, or limits your responsibility to take appropriate measures to meet emergency situations. In an emergency situation, the Regional Supervisor may approve or require departures from your approved EP, DPP, or DOCD.

### § 250.281 What must I do to conduct activities under the approved EP, DPP, or DOCD?

(a) *Approvals and permits*. Before you conduct activities under your approved EP, DPP, or DOCD you must obtain the following approvals and or permits, as applicable, from the District Manager or Regional Supervisor:

(1) Approval of applications for permits to drill (APDs) (see § 250.410);

(2) Approval of production safety systems (see § 250.800);

(3) Approval of new platforms and other structures (or major modifications to platforms and other structures) (see § 250.905);

(4) Approval of applications to install lease term pipelines (see § 250.1007); and

(5) Other permits, as required by applicable law.

(b) *Conformance*. The activities proposed in these applications and permits must conform to the activities described in detail in your approved EP, DPP, or DOCD.

(c) *Separate State CZMA consistency review*. APDs, and other applications for licenses, approvals, or permits to conduct activities under your approved EP, DPP, or DOCD including those identified in paragraph (a) of this section, are not subject to separate State CZMA consistency review.

(d) *Approval restrictions for permits for activities conducted under EPs*. The District Manager or Regional Supervisor will not approve any APDs or other applications for licenses, approvals, or permits under your approved EP until either:

(1) All affected States with approved coastal zone management programs concur, or are conclusively presumed to concur, with the coastal zone consistency certification accompanying your EP under section 307(c)(3)(B)(i) and (ii) of the CZMA (16 U.S.C. 1456(c)(3)(B)(i) and (ii)); or

(2) The Secretary of Commerce finds, under section 307(c)(3)(B)(iii) of the

CZMA (16 U.S.C. 1456(c)(3)(B)(iii)) that each activity covered by the EP is consistent with the objectives of the CZMA or is otherwise necessary in the interest of national security;

(3) If an affected State objects to the coastal zone consistency certification accompanying your approved EP after MMS has approved your EP, you may either:

(i) Revise your EP to accommodate the State's objection and submit the revision to the Regional Supervisor for approval; or

(ii) Appeal the State's objection to the Secretary of Commerce using the procedures in 15 CFR part 930 subpart H. The Secretary of Commerce will either:

(A) Grant your appeal by making the finding described in paragraph (d)(2) of this section; or

(B) Deny your appeal, in which case you may revise your EP as described in paragraph (d)(3)(i) of this section.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 25200, May 4, 2007]

### § 250.282 Do I have to conduct post-approval monitoring?

After approving your EP, DPP, or DOCD, the Regional Supervisor may direct you to conduct monitoring programs, including monitoring in accordance with the ESA and the MMPA. You must retain copies of all monitoring data obtained or derived from your monitoring programs and make them available to the MMS upon request. The Regional Supervisor may require you to:

(a) *Monitoring plans*. Submit monitoring plans for approval before you begin the work; and

(b) *Monitoring reports*. Prepare and submit reports that summarize and analyze data and information obtained or derived from your monitoring programs. The Regional Supervisor will specify requirements for preparing and submitting these reports.

[70 FR 51501, Aug. 30, 2005, as amended at 72 FR 18585, Apr. 13, 2007]