| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

Jerry D. Goodwin, et al.
    *Plaintiff,*

v.   Civil No. 4:12–cv–00900

Anadarko Petroleum Corporation, et al.
    *Defendant.*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**

DATE: 3/26/2013

TIME: 10:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

UNITED STATES COURTHOUSE

515 RUSK COURTROOM 3–A

HOUSTON, TEXAS 77002.

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe      Date: March 18, 2013