| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

#### HOUSTON DIVISION

Jerry D. Goodwin, et al.
    *Plaintiff,*

v.                                                                                                                      **Civil No. 4:12–cv–00900**

Anadarko Petroleum Corporation, et al.
    *Defendant.*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**

DATE:    4/24/2013

TIME:   11:30 AM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

UNITED STATES COURTHOUSE

515 RUSK COURTROOM 3–A

HOUSTON, TEXAS 77002.

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.

**David J. Bradley, Clerk**

By Deputy Stephanie Loewe                                                       Date: March 19, 2013