# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Jerry D. Goodwin, et al.

v.                                          Case No.: 4:12–cv–00900
                                            Judge Keith P Ellison

Anadarko Petroleum Corporation, et al.

                         Defendant

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 4/24/13

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Motion Hearing
Motion to Dismiss for Failure to State a Claim – #73

Date:    April 18, 2013

                                            David J. Bradley, Clerk